The People of the State of Illinois ex rel. Oscar Nelson v. Immel State Bank.

Frenzel Brothers Company, appellee, v. William L. O'Connell, appellant. Gen. No. 38,736.

## 584

Opinion filed.
April 20, 1936.
Louis J. Behan and Wm. J. Corrigan, for appellant. Joseph W. Schulman, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.